

**George Wesley**  12cv2419-LAB-RBB

**-v-**

**New Breed Logistics et al**

# DOCUMENT WITHDRAWN

8-Order

**8**